427 A.2d 1218

Commonwealth v. Caban, Appellant.

Submitted September 13, 1979. Harris S. Pasline, Assistant Public Defender, for appellant; John Gallagher, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.